UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02327-DDD-STV

JOSHUA EVANS, an individual,

    Plaintiff,

v.

COLORADO IRON & METAL INC.,
a Colorado corporation,

    Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Joshua Evans ("Evans") and Defendant Colorado Iron & Metal, Inc. ("Colorado Iron") by and through their respective undersigned counsel, hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal with prejudice of all claims asserted in this action. Evans and Colorado Iron agree to pay his and its own fees and costs.

Dated: June 16, 2022.   Respectfully submitted,

*s/ Tamera D. Westerberg*
Tamera D. Westerberg (#29859)
Foley & Lardner LLP
1400 16th St, Suite 200, Denver, CO 80202
Telephone: 720-437-2016
Email: twesterberg@foley.com

Attorney for Defendant Colorado Iron & Metal Inc.

Dated: June 16, 2022.

Respectfully submitted,

*s/ Leah P. VanLandschoot*
Leah P. VanLandschoot, #35723
Amy M. Maestas, #46925
THE LITIGATION BOUTIQUE LLC
78 W 11th Avenue
Denver, Colorado 80204
Telephone: 303.355.1942
Email: lvanlandschoot@thelitbot.com
   amaestas@thelitbot.com

Attorneys for Plaintiff Joshua Evans

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 16, 2022, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Tamera D. Westerberg, Esq.**
  twesterberg@foley.com

      *s/ Austin Allen*